EXHIBIT A

| Debtor Name | Transferee | Pmt Date | Pmt Amt |
|---|---|---|---|
| Doms Market LLC | ARTISAN SPECIALTY FOODS | 4/18/2024 | $829.11 |
| Doms Market LLC | ARTISAN SPECIALTY FOODS | 4/18/2024 | $772.82 |
| Doms Market LLC | ARTISAN SPECIALTY FOODS | 4/18/2024 | $522.50 |
| Doms Market LLC | ARTISAN SPECIALTY FOODS | 4/11/2024 | $783.41 |
| Doms Market LLC | ARTISAN SPECIALTY FOODS | 4/11/2024 | $982.29 |
| Doms Market LLC | ARTISAN SPECIALTY FOODS | 4/11/2024 | $843.16 |
| Doms Market LLC | ARTISAN SPECIALTY FOODS | 4/11/2024 | $1,577.05 |
| Doms Market LLC | ARTISAN SPECIALTY FOODS | 4/4/2024 | $1,082.86 |
| Doms Market LLC | ARTISAN SPECIALTY FOODS | 4/4/2024 | $43.95 |
| Doms Market LLC | ARTISAN SPECIALTY FOODS | 4/4/2024 | $98.10 |
| Doms Market LLC | ARTISAN SPECIALTY FOODS | 4/4/2024 | $837.50 |
| Doms Market LLC | ARTISAN SPECIALTY FOODS | 4/4/2024 | $727.97 |
| Doms Market LLC | ARTISAN SPECIALTY FOODS | 4/4/2024 | $47.50 |
| Doms Market LLC | ARTISAN SPECIALTY FOODS | 4/4/2024 | $916.63 |
| Doms Market LLC | ARTISAN SPECIALTY FOODS | 4/4/2024 | $331.20 |
| Doms Market LLC | ARTISAN SPECIALTY FOODS | 4/4/2024 | $194.20 |
| Doms Market LLC | ARTISAN SPECIALTY FOODS | 4/4/2024 | $741.04 |
| Doms Market LLC | ARTISAN SPECIALTY FOODS | 3/28/2024 | $550.21 |
| Doms Market LLC | ARTISAN SPECIALTY FOODS | 3/28/2024 | $29.80 |
| Doms Market LLC | ARTISAN SPECIALTY FOODS | 3/28/2024 | $439.50 |
| Doms Market LLC | ARTISAN SPECIALTY FOODS | 3/28/2024 | $189.10 |
| Doms Market LLC | ARTISAN SPECIALTY FOODS | 3/28/2024 | $1,253.43 |
| Doms Market LLC | ARTISAN SPECIALTY FOODS | 3/28/2024 | $1,640.60 |
| Doms Market LLC | ARTISAN SPECIALTY FOODS | 3/21/2024 | $811.67 |
| Doms Market LLC | ARTISAN SPECIALTY FOODS | 3/21/2024 | $674.15 |
| Doms Market LLC | ARTISAN SPECIALTY FOODS | 3/21/2024 | $395.00 |
| Doms Market LLC | ARTISAN SPECIALTY FOODS | 3/21/2024 | $987.15 |
| Doms Market LLC | ARTISAN SPECIALTY FOODS | 3/13/2024 | $129.95 |
| Doms Market LLC | ARTISAN SPECIALTY FOODS | 3/13/2024 | $873.12 |
| Doms Market LLC | ARTISAN SPECIALTY FOODS | 3/13/2024 | $1,051.06 |
| Doms Market LLC | ARTISAN SPECIALTY FOODS | 3/13/2024 | $1,629.38 |
| Doms Market LLC | ARTISAN SPECIALTY FOODS | 3/13/2024 | $728.85 |
| Doms Market LLC | ARTISAN SPECIALTY FOODS | 3/7/2024 | $779.04 |
| Doms Market LLC | ARTISAN SPECIALTY FOODS | 3/7/2024 | $368.39 |
| Doms Market LLC | ARTISAN SPECIALTY FOODS | 2/29/2024 | $1,744.88 |
| Doms Market LLC | ARTISAN SPECIALTY FOODS | 2/29/2024 | $418.90 |
| Doms Market LLC | ARTISAN SPECIALTY FOODS | 2/29/2024 | $806.76 |
| Doms Market LLC | ARTISAN SPECIALTY FOODS | 2/29/2024 | $387.00 |
| Doms Market LLC | ARTISAN SPECIALTY FOODS | 2/22/2024 | $821.39 |
| Doms Market LLC | ARTISAN SPECIALTY FOODS | 2/22/2024 | $367.37 |
| Doms Market LLC | ARTISAN SPECIALTY FOODS | 2/22/2024 | $1,066.82 |
| Doms Market LLC | ARTISAN SPECIALTY FOODS | 2/22/2024 | $611.85 |
| Doms Market LLC | ARTISAN SPECIALTY FOODS | 2/22/2024 | $263.40 |
| Doms Market LLC | ARTISAN SPECIALTY FOODS | 2/14/2024 | $545.40 |
| Doms Market LLC | ARTISAN SPECIALTY FOODS | 2/14/2024 | $94.10 |
| Doms Market LLC | ARTISAN SPECIALTY FOODS | 2/14/2024 | $479.35 |
| | **ARTISAN SPECIALTY FOODS Total** | | **$31,468.91** |